RECEIVED
NOV - 1 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

To:            All Counsel of Record

Issued By:     Judge Rebecca F. Doherty

Re:            Krystal Nabors v. HSS Systems, LLC, et al.
               Civil Action No. 11-1869

Date:          November 1, 2011

### MINUTES OF TELEPHONE STATUS CONFERENCE

This Court conducted a telephone status conference on November 11, 2011 to discuss the "Ex Parte Motion for Expedited Hearing on Defendants' Motion to Dismiss and Compel Arbitration" [Doc. 7] filed by defendants HSS Systems, LLC, Shelly Lee, Kathleen O'Sullivan, James Miller and Harriet Palombo.[1] Participating in the conference were Gloria Angus on behalf of plaintiff and Leslie Ehret on behalf of defendants.

After discussion with counsel, the "Ex Parte Motion for Expedited Hearing on Defendants' Motion to Dismiss and Compel Arbitration" [Doc. 7] was DENIED. Defendants' "Motion to Dismiss Case and Compel Arbitration" [Doc. 4] will be handled in the normal course of this Court's business. There will be no extensions of time granted in connection with the plaintiff's responsive brief.

The Court makes the foregoing ruling, in part, based upon Ms. Angus's assertion that her client will participate, in good faith, in the arbitration currently scheduled on December 14-16, 2011. It is this Court's expectation that all parties will participate in that arbitration in good faith.

---

[1] Statistical time 15 mins.