UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **KRYSTAL NABORS** * | | CIVIL ACTION NO.:11-01869 |
|    Plaintiff * | | |
| * | | |
| **VERSUS** * | | |
| * | | Judge Rebecca F. Doherty |
| * | | |
| **HCA d/b/a HOUSTON SHARED** * | | |
| **SERVICES, SHELLY LEE,** * | | Magistrate Judge C Michael Hill |
| **KATHLEEN O'SULLIVAN, JAMES** * | | |
| **MILLER, and HARRIET PALOMBO** * | | |
|    Defendants. * | | |

## LIST OF PARTIES AND PLEADINGS

**NOW INTO COURT**, through undersigned counsel, come Defendants, HSS Systems, LLC, Shelly Lee, Kathleen O'Sullivan, James Miller and Harriet Palombo (collectively "Defendants"), who, pursuant to this Court's Removal Order dated October 24, 2011, respectfully submit the following list of parties in the case and list of pleadings filed by the parties in the 15th Judicial District Court for the Parish of Lafayette:

**LIST OF PARTIES:**

    1.    PLAINTIFF:
           Krystal Nabors

           ATTORNEY OF RECORD:
           Gloria A. Angus  (Bar Roll # 20082)
           627 E. Vine Street, Opelousas, LA 70570
           P.O. Box 2337
           Opelousas, LA  70571
           Tel.:    337-948-8800
           Fax:    337-948-8777
           Email:  angusg@bellsouth.net

    2.    DEFENDANTS:
           HSS Systems, LLC
           Shelly Lee
           Kathleen O'Sullivan

      James Miller
      Harriet Palombo

      <u>ATTORNEYS OF RECORD</u>:
      Leslie W. Ehret (La. Bar # 18494)
      Peter E. Sperling (La. Bar. # 17812)
      Suzanne M. Risey (La. Bar # 25488)
      Frilot L.L.C.
      1100 Poydras St., Suite 3700
      New Orleans, Louisiana  70163
      Telephone: (504) 599-8000
      Telecopier: (504) 599-8100

**LIST OF PLEADINGS:**

1. Plaintiff's Petition for Damages was filed in state court on September 21, 2011. The state court record prior to removal, including a copy of Plaintiffs' Petition for Damages, is attached as Exhibit A to Defendants' Notice of Removal.

2. Plaintiff's Petition for Damages was served upon Defendant Shelly Lee on October 7, 2011.  The Citation and Return of Process served upon Defendant Lee and filed with the Court on October 12, 2011, is attached as Exhibit A to Defendant's Notice of Removal.

3. Plaintiff's Petition for Damages was served upon Defendant James Miller on October 7, 2011.  The Citation and Return of Process served upon Defendant Lee and filed with the Court on October 12, 2011, is attached hereto as Exhibit A.

4. Plaintiff's Petition for Damages was served upon Defendant Kathleen O'Sullivan on October 18, 2011, and upon Defendant Harriet Palombo on October 19, 2011.  The Returns of Process served upon the foregoing Defendants have not been filed with the Court. Copies of the Petitions and Citations served upon these Defendants are attached as Exhibit A to Defendant's Notice of Removal.

5. Service was also accepted by undersigned counsel on behalf of Defendants by way of letter dated October 20, 2011. Defendants' letter accepting service is attached as Exhibit B to Defendants' Notice of Removal.

6. Defendants' Notice of Filing Notice of Removal filed in state court on October 24, 2011, is attached hereto as Exhibit B.

7. The Return of Process served upon HCA via CT Corporation dated October 14, 2011, and filed in state court on October 25, 2011, is attached hereto as Exhibit C.

### **Certificate of Counsel**

Undersigned counsel hereby certifies that the above documents constitute the entire record from the 15th Judicial District Court for the Parish of Lafayette.

Respectfully submitted,

/s/ Leslie W. Ehret
Leslie W. Ehret (La. Bar # 18494)
Peter E. Sperling (La. Bar. # 17812)
Suzanne M. Risey (La. Bar # 25488)
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA  70163
Telephone:     (504) 599-8000
Facsimile:     (504) 599-8100
lehret@frilot.com
psperling@frilot.com
srisey@frilot.com

Counsel for Defendants,
HSS Systems, LLC., Shelly Lee, Kathleen O'Sullivan, James Miller and Harriet Palombo

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22nd day of November, 2011, she electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Leslie W. Ehret