UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**KRYSTAL NABORS**  CASE NO.   6:11-CV-1869
vs.  JUDGE DOHERTY
**H C A, ET AL**  MAGISTRATE JUDGE HILL

### MINUTES OF COURT
### MOTION HEARING

Date:   01/18/2012  Presiding: Magistrate. Judge Hill
Court Opened: 10:50 a.m.  Courtroom Deputy: Molly Davenport
Court Adjourned: 11:20 a.m.  Court Reporter: LaRae Bourque
**Statistical Time:   00:30**

**APPEARANCES:**
Gloria Angus for the plaintiff
Leslie Ehret for the defendants

**CASE CALLED FOR:**
 X  Hearing on Motion record document number 4

**COMMENTS:**

   Accordingly, the Court, after hearing argument on the Motion to Dismiss Case, Motion to Compel Arbitration [rec doc 4], has taken the matter UNDER ADVISEMENT.

   IT IS ORDERED that the Leave of Court is GRANTED for the plaintiff to submit a Supplemental Memorandum to their Memorandum in Opposition [rec doc 10] within 10 days.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE