RECEIVED

JUL 3 1 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **KRYSTAL NABORS** | * | **CIVIL ACTION NO. 11-1869** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **H S S SYSTEMS L L C, ET AL** | * | **MAGISTRATE JUDGE HILL** |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** Motion to Dismiss and Compel Arbitration filed by defendants, HSS Systems, LLC, Shelly Lee, Kathleen O'Sullivan, James Miller, and Harriet Palombo [rec. doc. 4], is **GRANTED**, and that this case is **STAYED AND ADMINISTRATIVELY CLOSED** pending arbitration.

Lafayette, Louisiana, this 31 day of July, 2012

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE